**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enoc C. and Emma F. Aguilera, | )   No. CV-04-497-PHX-DGC |
| Plaintiffs, | )   **ORDER** |
| vs. | ) |
| Auto-Owners Insurance; and Farmers Insurance Group, | ) |
| Defendants. | ) |

Defendant Truck Insurance Exchange ("Truck") has filed a Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses (Doc. #97) and a memorandum in support of the motion (Doc. #101). Plaintiffs have filed no response. Defendant Auto-Owners Insurance ("Auto-Owners") has also filed a Motion for Attorneys' Fees and Non-Taxable Expenses (Doc. #99). Auto-Owners has not, however, filed a memorandum in support of their motion, nor have Plaintiffs filed a response. The Court will grant Truck's motion and deny Auto-Owner's motion.

### A.    Truck.

Truck is entitled to recover reasonable attorneys' fees in this action pursuant to A.R.S. § 12-341.01(A) because Plaintiffs' claim arose out of contract. This is true not only for Plaintiffs' breach of contract claim, but also for Plaintiffs' tort claims. Those claims are intrinsically related to the contract at issue and therefore are deemed to have arisen out of contract for purposes of the statute. *Sparks v. Republic Nat'l Life Ins. Co.*, 647 P.2d 1127,

1   1142 (1982).   *See also Ramsey Air Meds, L.L.C. v. Cutter Aviation, Inc.*, 6 P.3d 315, 318

2   (Ariz. Ct. App. 2000).

3        Truck seeks an award of $14,770 in attorneys' fees.  The Court has reviewed Truck's

4   motion, memorandum, affidavit, and billing statements, and considers this to be a

5   reasonable request in light of the work required by Plaintiffs' lawsuit.  The Court

6   accordingly will grant an award of $14,770.00 in attorneys' fees in favor of Truck and

7   against Plaintiffs.

8        **B.     Auto-Owner's.**

9        Auto-Owner's filed a motion for attorneys' fees.  *See* Doc. #99.  Auto-Owner's

10  failed, however, to file a memorandum in support of its motion as required by LRCiv

11  54.2(b)(2).  As a result, the Court will deny Auto-Owner's motion.

12       **IT IS HEREBY ORDERED** that Defendant Truck Insurance Exchange's Motion for

13  Award of Attorneys' Fees and Related Non-Taxable Expenses (Doc. #97) is **granted**.  Truck

14  is awarded $14,770.00 for its attorneys' fees in this matter.

15       **IT IS FURTHER ORDERED** that Defendant Auto-Owner's Insurance Motion for

16  Award of Attorneys' Fees and Non-Taxable Expenses (Doc. #99) is **denied**.

17       DATED this 1st day of December, 2005.

18

19

20

21        _____
          David G. Campbell
22        United States District Judge

23

24

25

26

27

28