**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Enoc C. and Emma F. Aguilera, | ) | No. CV-04-497-PHX-DGC |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Auto-Owners Insurance, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is a motion for attorneys' fees filed by Defendant Auto-Owners Insurance on September 25, 2006. Dkt. #110. The Court will deny the motion as untimely.

The Court entered judgment in this case on April 12, 2005. Dkt. #91. Defendant timely filed a motion for attorneys' fees two weeks later on April 26, 2005. Dkt. #99; *see* Fed. R. Civ. P. 54(d)(2)(B) (providing that the motion must be filed within 14 days of the entry of judgment); LRCiv 54.2(b)(1) (same). On December 5, 2005, the Court denied the motion because Defendant had failed to file a supporting memorandum as required by Local Rule of Civil Procedure 54.2(b)(2). Dkt. #107. Defendant does not address this ruling or explain why the Court should consider the instant motion for attorneys' fees, which was filed more than 17 months after the entry of judgment in this case and more than 9 months after the Court denied Defendant's initial motion.

1  **IT IS ORDERED** that Defendant Auto-Owners Insurance's motion for attorneys'
2  fees (Dkt. #110) is **denied**.

3  DATED this 7th day of December, 2006.

*David G. Campbell*
United States District Judge